IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JADE JUE, individually, and on behalf of all other similarly situated persons, on behalf of the People of the State of California, and on behalf of the California Labor and Workforce Development Agency, and ROES 1–35,<br><br>    Plaintiffs,<br><br>  v.<br><br>COSTCO WHOLESALE CORPORATION, and DOES 1–20,<br><br>    Defendant.<br>_____/ | No. C 10-00033 WHA<br><br>**ORDER SETTING HEARING REGARDING DISMISSAL** |

Given the timing of plaintiff's notice of voluntary dismissal (submitted forty minutes after defendant filed its reply brief for its motion to dismiss), the Court wishes to understand the reasons behind plaintiff's actions. A hearing is therefore scheduled for **8:00 A.M. ON THURSDAY, FEBRUARY 25, 2010**. The undersigned looks forward to hearing plaintiff's explanation.

**IT IS SO ORDERED.**

Dated: February 22, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE