IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JADE JUE, individually, and on behalf of all other similarly situated persons, on behalf of the People of the State of California, and on behalf of the California Labor and Workforce Development Agency, and ROES 1–35,<br><br>       Plaintiffs,<br><br>  v.<br><br>COSTCO WHOLESALE CORPORATION, and DOES 1–20,<br><br>       Defendants.<br>                                                                    / | No. C 10-00033 WHA<br><br>**ORDER TO SHOW CAUSE** |

On March 11, 2010, defendant Costco Wholesale Corporation's motion to dismiss was granted in its entirety. Plaintiffs were instructed to file a motion for leave to amend the complaint (or for intervention by a new named plaintiff) by March 25, 2010. This deadline has long since passed. Plaintiffs are hereby **ORDERED TO SHOW CAUSE** by **NOON ON THURSDAY, APRIL 1, 2010**, why the file should not be closed and judgment entered accordingly. If no response is filed by this deadline, judgment will be entered.

**IT IS SO ORDERED.**

Dated: March 29, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE